# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 24-50346
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

November 22, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ELIER ISAI MARQUEZ-GONZALEZ,

*Defendant—Appellant*.

―――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:19-CR-558-1

―――――――――――――――――

Before RICHMAN, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Elier Isai Marquez-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Marquez-Gonzalez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

―――――――――――――――――

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50346

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.